YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Reynaldo Sanabia-Araujo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO SANABIA-ARAUJO,<br><br>    Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL DIVERSION STATUS CHECK**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Reynaldo Sanabia-Araujo, that the status check currently scheduled for July 7, 2025 be vacated and set to a date and time convenient to this Court, but no sooner than one hundred and eighty (180) days.

The Stipulation is entered into for the following reasons:

1. At the last hearing, the Court indicated that the parties could file a stipulation to vacate and continue the July status check if Mr. Sanabia-Araujo was in compliance with the conditions of his pretrial diversion.

2. Mr. Sanabia-Araujo's supervising pretrial officer, Shiloh Badaway, confirms that Mr. Sanabia-Araujo is in compliance with pretrial supervision.

3. The parties agree to the continuance to allow Mr. Sanabia-Araujo to complete the terms of his pretrial diversion.

1     This is the first stipulation to continue filed herein.

2     DATED: June 24, 2025.

3 By */s/ Yi Lin Zheng*                         Sigal Chattah
Yi Lin Zheng                             United States Attorney
4 Counsel for Reynaldo Sanabia-Araujo

5                                       By */s/ Brian Whang*

6                                         Brian Whang
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REYNALDO SANABIA-ARAUJO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the last hearing, the Court indicated that the parties could file a stipulation to vacate and continue the July status check if Mr. Sanabia-Araujo was in compliance with the conditions of his pretrial diversion.

2. Mr. Sanabia-Araujo's supervising pretrial officer, Shiloh Badaway, confirms that Mr. Sanabia-Araujo is in compliance with pretrial supervision.

3. The parties agree to the continuance to allow Mr. Sanabia-Araujo to complete the terms of his pretrial diversion.

**ORDER**

IT IS ORDERED that, good cause appearing, status conference currently scheduled for July 7, 2025, at the hour of 9:00 a.m., be vacated and continued to  January 7, 2026  at the hour of 9:00 a.m.

DATED: June 25, 2025.

_____
UNITED STATES DISTRICT JUDGE

3