**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>REYNALDO SANABIA-ARAUJO,<br><br>        Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Based on the parties' representations, Mr. Sanabia-Araujo has successfully completed his 12-month period of pretrial diversion.

2. Any guilty plea Mr. Sanabia-Araujo may have entered as part of the pretrial diversion agreement is withdrawn.

3. Upon the government's forthcoming motion, this matter will be dismissed against Mr. Sanabia-Araujo.

**ORDER**

IT IS ORDERED the status check on January 7, 2026 is VACATED

IT IS FURTHER ORDERED that any guilty plea that may have been entered by Mr. Sanabia-Araujo as part of the pretrial diversion agreement is WITHDRAWN.

DATED: January 5, 2026.

_____
UNITED STATES DISTRICT JUDGE