# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNALDO SANABIA-ARAUJO,<br><br>Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States of America hereby dismisses without prejudice the charges brought against defendant Reynaldo Sanabia-Araujo contained in the Indictment in case number 2:19-cr-251-GMN-NJK.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

/s/ Brian Whang
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Reynaldo Sanabia-Araujo contained in the Indictment in case number 2:19-cr-251-GMN-NJK.

DATED this ___6___ day of ___January___ 2026.

_____
HON. GLORIA NAVARRO
UNITED STATES DISTRICT JUDGE